## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| 15375 MEMORIAL CORPORATION, *et al.*, | ) | |
| | ) | Case No. 06-10859 (KG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| SANTA FE MINERALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 06-50822 (KG) |
| | ) | |
| BEPCO, L.P., formerly known as BASS | ) | |
| ENTERPRISES PRODUCTION COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| GLOBALSANTAFE CORPORATION, | ) | |
| GLOBALSANTAFE CORPORATE | ) | |
| SERVICES, INC. AND ENTITIES | ) | |
| HOLDINGS, INC., | ) | |
| | ) | |
| Intervenors. | ) | |
| | ) | |

## STATEMENT OF ISSUES AND DESIGNATION OF ITEMS
## TO BE INCLUDED IN RECORD ON APPEAL BY
## APPELLANT BEPCO, L.P., F/K/A BASS ENTERPRISES
## PRODUCTION COMPANY REGARDING
## BANKR. D.I. 291 & 292 AND ADV. D.I. 164 & 165

BEPCO, L.P., f/k/a Bass Enterprises Production Company ("BEPCO" or

"Appellant") by its undersigned attorneys, hereby submits, pursuant to Rule 8006 of the Federal

Rules of Bankruptcy Procedure and Rule 8006-1 of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware, its statement of

issues to be presented on appeal and the items to be included in the record on appeal of the

Findings of Fact and Conclusions of Law (Bankr. D.I. 291; Adv. D.I. 164) (the "Opinion" or

"Op.") and Order (Bankr. D.I. 292; Adv. D.I. 165) (the "Order"), both entered by the United

States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in the above-

captioned bankruptcy case and adversary proceeding on February 15, 2008.[1]

## STATEMENT OF ISSUES ON APPEAL

Appellant states the following issues on appeal:[2]

1.      Whether the Bankruptcy Court erred in denying BEPCO's motion to

dismiss the Debtors' chapter 11 cases for lack of good faith, notwithstanding its findings on a

largely undisputed record, *inter alia,* that:

> a.  The Debtors' chapter 11 cases were "not filed in furtherance of preserving any going concern or maximizing value of any non-insurance assets" (Op. at 66);
>
> b.  The Debtors' "assets other than insurance proceeds are negligible . . ." (Op. at 67);
>
> c.  As of the commencement of the bankruptcy cases, the Debtors had no funds other than $100,000 advanced by one of the GSF Entities to Memorial pursuant to a note issued in contemplation of the Debtors' bankruptcy filing (Op. at 24-25);
>
> d.  "[T]here [is no] reason to believe that the proceeds of the liability insurance policies will be insufficient to satisfy all claims presented" (Op. at 66);
>
> e.  "[I]t is highly doubtful, given the circumstances of these cases, that the Debtors have any equitable interest in the proceeds of the liability insurance policies at issue . . . or in the Alter Ego Claims" (Op. at 74);

---

[1]     Appellees in this appeal are (i) 15375 Memorial Corporation ("Memorial") and Santa Fe Minerals, Inc. ("Santa Fe," and together with Memorial, the "Debtors"), debtors and debtors-in-possession, and (ii) GlobalSantaFe Corporation ("GlobalSantaFe"), GlobalSantaFe Corporate Services Inc. ("GSFCSI") and Entities Holdings, Inc. (collectively, with GlobalSantaFe and GSFCSI, the "GSF Entities"), non-debtor affiliates of the Debtors.

[2]     To the extent applicable, the statement of the issues to be presented set forth herein incorporates by reference the statement of issues to be presented set forth in Statement Of Issues And Designation Of Items To Be Included In Record On Appeal By Appellant BEPCO, L.P., f/k/a Bass Enterprises Production Company Regarding Bankr. D.I. 323 & 324 And Adv. D.I. 193 & 194.

f.   While certain liability insurance policies were reviewed and notices were sent to certain of the insurance companies during the pendency of their bankruptcy cases, those activities were performed by personnel of one of the GSF Entities, were "undertaken for the benefit of the entire GlobalSantaFe corporate family" and their "overall goal . . . was to compile a database of policies that could be reviewed as claims came up against any [GlobalSantaFe] entity, whether it be the Debtors or others" (Op. at 35-36);

g.   "The Court is not satisfied that the Debtors have the necessary incentive to pursue its insurers . . ." (Op. at 73);

h.   The Debtors' estates are administratively insolvent, have experienced a cash shortfall throughout these cases, and because "[t]he Debtors have no reliable source of income, . . . the only likely outcome is that the cash shortfall will continue to increase." (Op. at 46-48);

i.   The Debtors have allowed more than $350,000 in professional fees and alleged intercompany obligations to the GSF Entities to accrue (and for which no formal applications for allowance and payment have yet been filed) and currently have no funds with which to satisfy such obligations (Op. at 48);

j.   The only chapter 11 plan ever filed by the Debtors in the more than 20 months the chapter 11 cases have been pending (i) contained "no commitment from any insurer to fund the distributions to claimants such as BEPCO" (Op. at 70), (ii) offered no "effective mechanism that would ensure that insurance recoveries could be procured on a more expedited basis than were BEPCO left to its own devices" (Op. at 70), (iii) was conditioned on the grant to the GSF Entities of "a permanent injunction" notwithstanding the Debtors' inability "to demonstrate that this is the rare case where such extraordinary relief is appropriate" (Op. at 77), and (iv) would grant the "GSF Entities . . . the protection of releases and channeling injunctions well before they may ever be called upon to provide any material assistance to the Plan trustee" (Op. at 70);

k.   Santa Fe, which has been "dissolved since December 2000", "has no officers, directors or employees and engages in no business", and its "defunct status is undisputed and a matter of public record in these cases" (Op. at 7);

l.   "Memorial is . . . a holding company with no employees and engages in no business other than to act as the sole shareholder of Santa Fe," which had previously dissolved and then had its dissolution revoked "under the advice of counsel in litigation" (Op. at 5-6);

m.   Each of the Debtors is a wholly-owned subsidiary of GlobalSantaFe Corporation, which, with other members of its corporate family, is one of the world's largest offshore oil and gas drilling contractors and a leading provider of drilling services (Op. at 7);

n.  At all times from and after commencement of the Debtors' chapter 11 cases, all
    directors of Memorial have been officers of GlobalSantaFe, and most, if not all,
    officers of Memorial have been officers of GlobalSantaFe or other non-debtor
    members of its corporate family (Op. at 10);

o.  David E. Faure, the Debtors' sole representative in the chapter 11 cases who has
    sole responsibility for the Debtors' alleged efforts to recover funds from the GSF
    Entities, reports directly to the General Counsel of GlobalSantaFe and testified at
    trial "that the filing of a lawsuit against [GlobalSantaFe] on behalf of the Debtors
    to facilitate the return of upstreamed funds would jeopardize his job" (Op. at 9-
    10);

p.  Approximately one week prior to the filing of the Debtors' chapter 11 cases,
    David E. Faure caused Memorial to execute a note pursuant to which it agreed,
    *inter alia,* that (i) "it accepts all liabilities existing or arising from the activities of
    Santa Fe", (ii) "it is not a single business enterprise with . . . GlobalSantaFe
    Corporation . . . or any affiliate of GlobalSantaFe Corporation", and (iii) to defend
    and indemnify its immediate parent, one of the GSF Entities, from all claims
    related to Santa Fe's operations (Op. at 23-24);

q.  At the time the Debtors commenced their chapter 11 cases, "[t]he Debtors were
    aware that the Tebow Plaintiffs were seeking $320 million from Santa Fe and
    BEPCO for remediation of" property allegedly damaged primarily through Santa
    Fe's activities thereon and that the Tebow Plaintiffs would dismiss Santa Fe from
    the litigation were it to file bankruptcy (Op. at 16);

r.  At the time the Debtors commenced their chapter 11 cases, the Debtors and the
    GSF Entities were aware that both the Tebow Plaintiffs and BEPCO had
    threatened to pursue GlobalSantaFe Corporation under Louisiana's single
    business enterprise doctrine, which is akin to alter ego liability (Op. at 22-23);

s.  "A motivation for the filing of the Debtors' bankruptcy cases was to cut off the
    potential future exposure of the [non-debtor] GSF Entities for claims made
    against the Debtors." (Op. at 22); and

t.  Aside from the proofs of claim filed by BEPCO, the insider GSF Entities and
    Santa Fe's own professionals, only ten (10) proofs of claim have been filed in the
    Debtors' bankruptcy cases, (i) six (6) of which are claims by taxing authorities
    that "relate primarily to property of non-debtor affiliates and do not represent
    obligations of the debtors" (Op. at 29) and (ii) two (2) of the proofs of claim relate
    to personal injury actions concerning which the coverage may be available under
    "insurance policies separate and distinct from those likely to provide coverage for
    BEPCO's claims" (Op. at 68).

2.      Whether the Bankruptcy Court erred in denying the requested dismissal or conversion of the Debtors' chapter 11 cases pursuant to section 1112(b)(1) of title 11 of the United States Code (as amended, the "Bankruptcy Code") for "cause", including: (a) "substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation" under section 1112(b)(4)(A) of the Bankruptcy Code; (b) the Debtors' inability to effectuate a plan; (c) the Debtors' unreasonable delay that is prejudicial to creditors; (d) the Debtors' gross mismanagement of their estates under section 1112(b)(4)(B) of the Bankruptcy Code, including the dereliction of their fiduciary duties to their estates and creditors; and (e) the Debtors' provision of incomplete and misleading information to the Bankruptcy Court and parties in interest about the condition of their estates.

3.      Whether the Bankruptcy Court erred in failing to dismiss Santa Fe's bankruptcy case on the basis of its ineligibility to be a chapter 11 debtor under section 109(d) of the Bankruptcy Code, notwithstanding that it was absolutely impossible for Santa Fe to reorganize under chapter 11 because its dissolution had become irrevocable long before its bankruptcy case was filed.

4.      Whether the Bankruptcy Court erred in not awarding BEPCO its reasonable fees (including attorneys' fees) and costs incurred as a result of the Debtors' bad faith bankruptcy filing.

## DESIGNATION OF ITEMS TO BE
## INCLUDED IN RECORD ON APPEAL

Appellant hereby designates the following items to be included in the record on appeal:

[Remainder of Page Left Intentionally Blank]

**Bankruptcy Pleadings From Bankr. Case No. 06-10859 and Adv. Pro. No. 06-50822**

| TAB NO. | D.I. NO. | ADV. D.I. NO. (If Applica-ble) | TRIAL EXHIBIT NO. | DESCRIPTION OF PLEADING/EVIDENCE |
|---|---|---|---|---|
| 1 | 1 | N/A | B-Exh. 118 | August 16, 2006 Chapter 11 Voluntary Petition (15375 Memorial Corporation) (D.I. 1) |
| 2 | 4 | N/A | B-Exh. 120 | August 22, 2006 Application to Employ/Retain Stevens & Lee, P.C. as Counsel to Debtors and Debtors in Possession |
| 3 | 5 | N/A | B-Exh. 121 | August 22, 2006 Statement of Stevens & Lee, P.C. Under Federal Rule of Bankruptcy Procedure 2016, Local Rule 2016-1 and 11 U.S.C. Section 329 |
| 4 | 6 | N/A | B-Exh. 119 | August 22, 2006 Combined List of Creditors Holding 20 Largest Unsecured Claims (15375 Memorial Corporation) |
| 5 | N/A | 1 | B-Exh. 179 | September 8, 2006 Verified Complaint for Declaratory and Preliminary and Permanent Injunctive Relief |
| 6 | N/A | 3 | N/A | September 8, 2006 Motion for Preliminary and Declaratory Injunctive Relief |
| 7 | N/A | 4 | N/A | September 8, 2006 Memorandum of Law in Support of Motion for Preliminary and Declaratory Injunctive Relief |
| 8 | 19 | N/A | B-Exh. 127 | September 15, 2006 Schedules of Assets and Liabilities (15375 Memorial Corporation) |

| 9 | 19 | N/A | B-Exh. 128 | September 15, 2006 Statement of Financial Affairs (15375 Memorial Corporation) |
|---|----|-----|-----------|------------------------------------------------------------------------------|
| 10 | 21 | N/A | B-Exh. 122 | September 29, 2006 Motion Of BEPCO, L.P., f/k/a Bass Enterprises Production Company, For Order (I) Dismissing Debtors' Chapter 11 Cases For Bad Faith, Cause Under 11 U.S.C. Section 1112(b) And Ineligibility Under 11 U.S.C. Section 109, (II) Dismissing Or Suspending Debtors' Chapter 11 Cases Under 11 U.S.C. Section 305(a)(1), (III) Converting Debtors' Chapter 11 Cases To Cases Under Chapter 7 Of The Bankruptcy Code Pursuant To 11 U.S.C. Section 1112(b), (IV) Appointing A Trustee Pursuant To 11 U.S.C. Section 1104(a) Or (V) Appointing An Examiner Pursuant To 11 U.S.C. Section 1104(c) |
| 11 | 22 | N/A | B-Exh. 123 | September 29, 2006 Memorandum Of Law In Support Of Motion Of BEPCO, L.P., f/k/a Bass Enterprises Production Company, For Order (I) Dismissing Debtors' Chapter 11 Cases For Bad Faith, Cause Under 11 U.S.C. Section 1112(b) And Ineligibility Under 11 U.S.C. Section 109, (II) Dismissing Or Suspending Debtors' Chapter 11 Cases Under 11 U.S.C. Section 305(a)(1), (III) Converting Debtors' Chapter 11 Cases To Cases Under Chapter 7 Of The Bankruptcy Code Pursuant To 11 U.S.C. Section 1112(b), (IV) Appointing A Trustee Pursuant To 11 U.S.C. Section 1104(a) Or (V) Appointing An Examiner Pursuant To 11 U.S.C. Section 1104(c) |

| 12 | 23 | N/A | B-Exh. 124 | September 29, 2006 Motion For Modification Of The Automatic Stay Under 11 U.S.C. Section 362 |
|----|----|-----|------------|------------------------------------------------------------------------------------------------|
| 13 | 24 | 8 | B-Exh. 126 | September 29, 2006 Declaration of Gregory W. Werkheiser (excluding exhibits) |
| 14 | 25 | N/A | N/A | September 29, 2006 Motion for Order Shortening and Limiting Notice of BEPCO, L.P., f/k/a Bass Enterprises Production Company, for Modification of the Automatic Stay Pursuant to 11 U.S.C. § 362 and Motion of BEPCO, L.P., f/k/a (I) Dismissing Debtors' Chapter 11 Cases For Bad Faith, Cause Under 11 U.S.C. Section 1112(b) And Ineligibility Under 11 U.S.C. Section 109, (II) Dismissing Or Suspending Debtors' Chapter 11 Cases Under 11 U.S.C. Section 305(a)(1), (III) Converting Debtors' Chapter 11 Cases To Cases Under Chapter 7 Of The Bankruptcy Code Pursuant To 11 U.S.C. Section 1112(b), (IV) Appointing A Trustee Pursuant To 11 U.S.C. Section 1104(a) Or (V) Appointing An Examiner Pursuant To 11 U.S.C. Section 1104(c) Or, Alternatively, (B) Lifting the Automatic Stay Imposed by Section 362 of the Bankruptcy Code on An Interim Basis |
| 15 | 26 | N/A | B-Exh. 125 | September 29, 2006 Memorandum Of Law In Support Of Motion For Modification Of The Automatic Stay Under 11 U.S.C. Section 362 |

| 16 | N/A | 9 | B-Exh. 180 | September 29, 2006 Memorandum of Law in Opposition to Santa Fe Minerals, Inc.'s Motion for Preliminary Declaratory and Injunctive Relief |
|----|-----|-----|-----------|---|
| 17 | 34 | N/A | B-Exh. 129 | October 3, 2006 Motion for Order Authorizing Debtors to Enter into Management Agreement and to Incur Credit Pursuant to 11 U.S.C. § 364(c)(1) (15375 Memorial Corporation) |
| 18 | 35 | N/A | N/A | October 3, 2006 Application for Order Pursuant to 11 U.S.C. § 327(e) and Federal Rule of Bankruptcy Procedure 2014 Authorizing Debtors-in-Possession to Retain Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P. as Special Counsel |
| 19 | 36 | N/A | B-Exh. 130 | October 4, 2006 Initial Monthly Operating Report (15375 Memorial Corporation) |
| 20 | N/A | 11 | B-Exh. 181 | October 6, 2006 Complaint In Intervention For Declaratory And Preliminary And Permanent Injunctive Relief, attached as Exhibit 1 to Opening Brief in Support of Motion to Intervene |
| 21 | 44 | N/A | B-Exh. 131 | October 9, 2006 Amended Schedule B – Personal Property (15375 Memorial Corporation) |
| 22 | 44 | N/A | B-Exh. 132 | October 9, 2006 Declaration Concerning Debtors' Amended Schedules (15375 Memorial Corporation) |

| 23 | 45 | N/A | B-Exh. 133 | October 10, 2006 Order Setting Scheduled With Respect To Pending Adversary Proceeding And With Respect To the Motions Filed By BEPCO, L.P., f/k/a Bass Enterprises Production Company |
|----|-----|-----|------------|---|
| 24 | 52 | N/A | B-Exh. 134 | October 13, 2006 Affidavit of Richard S. Pabst, sworn on October 13, 2006 (attached as Exhibit B to Debtors' Brief in Opposition to Motion of BEPCO, L.P., f/k/a Bass Enterprises Production Company, for Order Dismissing Cases and for Order Dismissing Case of Santa Fe Minerals, Inc. Pursuant to 11 U.S.C. Section 109 (D.I. 52)) |
| 25 | 53 | N/A | N/A | October 13, 2006 Limited Response of GlobalSantaFe Corporation, GlobalSantaFe Corporate Services Inc., and Entities Holdings, Inc.'s Limited Response to Motion of BEPCO, L.P. f/k/a Bass Enterprises Production Company for Order Dismissing Debtors' Chapter 11 Cases for Bad Faith, Cause Under 11 U.S.C. § 1112(b) and Ineligibility Under 11 U.S.C. § 109 [Docket No. 21] |
| 26 | N/A | 20 | B-Exh. 182 | October 13, 2006 Memorandum of Law Of BEPCO, L.P., f/k/a Bass Enterprises Production Company, In Opposition To Motion To Intervene Of GlobalSantaFe Corporation, GlobalSantaFe Corporate Services Inc. And Entities Holdings, Inc. |
| 27 | 55 | N/A | B-Exh. 135 | October 17, 2006 Monthly Operating Report (August, 2006) (15375 Memorial Corporation) |

| 28 | 56 | N/A | N/A | October 17, 2006 Limited Objection of BEPCO, L.P., f/k/a Bass Enterprises Production Company, to the Application for Order Pursuant to 11 U.S.C. § 327(e) and Federal Rule of Bankruptcy Procedure 2014 Authorizing Debtors-in-Possession to Retain Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P. as Special Counsel |
|---|---|---|---|---|
| 29 | 57 | N/A | B-Exh. 136 | October 17, 2006 Memorandum of Law (Reply) Of BEPCO, L.P., f/k/a Bass Enterprises Production Company In Further Support Of Motion To Dismiss Debtors' Chapter 11 Cases For Bad Faith And To Dismiss Chapter 11 Case Of Santa Fe Minerals, Inc. For Ineligibility Under 11 U.S.C. Section 109 |
| 30 | 58 | N/A | N/A | October 17, 2006 Objection to Debtors' Motion for Order Authorizing Debtors to Enter Into Management Agreement and to Incur Credit Pursuant to 11 U.S.C. § 364(c)(1) |
| 31 | 62 | N/A | B-Exh. 137 | October 19, 2006 Monthly Operating Report (September, 2006) (15375 Memorial Corporation) |
| 32 | 65 | 26 | B-Exh. 229 | Transcript of Hearing held on October 4, 2006 |
| 33 | N/A | 27 | B-Exh. 183 | October 24, 2006 Order Permitting GlobalSantaFe Corporation, GlobalSantaFe Corporate Services, Inc., and Entities Holdings, Inc. to Intervene |

| 34 | 68 | N/A | B-Exh. 138 | October 31, 2006 Order Authorizing Retention of Kean Miller Hawthorne D'Armond McCowan & Jarman, L.L.P. As Special Counsel To Debtors and Debtors in Possession |
| 35 | 69 | N/A | B-Exh. 139 | October 31, 2006 Order Granting Motion For Order Authorizing Debtors To Enter Into Management Agreement And To Incur Credit |
| 36 | 70 | N/A | B-Exh. 230 | Transcript of Hearing held on October 19, 2006 |
| 37 | 71 | N/A | B-Exh. 140 | November 3, 2006 Debtors' Combined Brief in Opposition to Motions of Bepco, L.P., f/k/a Bass Enterprises Production Company, for Orders (I) (A) Dismissing or Converting Cases to Chapter 7 Cases, or (B) Appointing a Chapter 11 Trustee, or (C) Appointing an Examiner, and (II) for Modification of the Automatic Stay Under 11 U.S.C. Section 362; and Reply Brief of Santa Fe Minerals, Inc. in Support of Motion for Preliminary Declaratory and Injunctive Relief |
| 38 | N/A | 28 | B-Exh. 184 | November 3, 2006 Verified Answer to Complaint For Declaratory and Preliminary and Permanent Injunctive Relief |
| 39 | N/A | 29 | B-Exh. 185 | November 3, 2006 Answer to Complaint In Intervention For Declaratory and Preliminary and Permanent Injunctive Relief |

| | | | | |
|---|---|---|---|---|
| 40 | 72 | 30 | N/A | November 11, 2006  Response in Opposition of GlobalSantaFe Corporation, GlobalSantaFe Corporate Services Inc., and Entities, Holdings, Inc. to Motions of BEPCO, L.P. f/k/a Bass Enterprises Production Company for Orders (I)(A) Dismissing or Converting Cases to Chapter 7 Cases or (B) Appointing a Chapter 11 Trustee or (C) Appointing an Examiner and (II) for Modification of the Automatic Stay and Brief in Support of Santa Fe Minerals for Preliminary, Declaratory and Injunctive Relief |
| 41 | 85 | N/A | B-Exh. 231 | Transcript of Hearing held on November 13, 2006 |
| 42 | N/A | 45 | B-Exh. 186 | November 27, 2007 Second Scheduling Order With Respect to Pending Adversary Proceeding Commenced By Debtor Santa Fe Minerals, Inc. |
| 43 | 88 | N/A | B-Exh. 141 | November 29, 2006 First Interim Application of Stevens & Lee, P.C. for Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel to the Debtors for the Period August 16, 2006 through October 31, 2006 (15375 Memorial Corporation) |
| 44 | 89 | N/A | B-Exh. 142 | November 30, 2006 Monthly Operating Report (October, 2006) (15375 Memorial Corporation) |
| 45 | 90 | N/A | B-Exh. 143 | November 30, 2006 Motion for Extension of Exclusive Periods to File Plans of Reorganization and to Solicit Acceptances of Plans of Reorganization (15375 Memorial Corporation) |

| 46 | 91 | N/A | N/A | December 12, 2006 Objection of BEPCO, L.P., f/k/a Bass Enterprises Production Company to the First Interim Application of Stevens & Lee, P.C. for Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel to the Debtors for the Period August 16, 2006 through October 31, 2006 |
| --- | --- | --- | --- | --- |
| 47 | 93 | N/A | B-Exh. 144 | December 19, 2006 Monthly Operating Report (November, 2006) (15375 Memorial Corporation) |
| 48 | 97 | N/A | B-Exh. 145 | December 27, 2006 Order Approving First Interim Application Of Stevens & Lee, P.C. For Allowance And Payment Of Compensation And Reimbursement Of Expenses As Counsel To The Debtors For The Period August 16, 2006 Through October 31, 2006 |
| 49 | 99 | N/A | B-Exh. 146 | December 29, 2006 Order With Respect to Debtors' Motion for Extension of Exclusive Periods to File Plans of Reorganization and to Solicit Acceptances of Plans of Reorganization |
| 50 | 100 | N/A | N/A | December 29, 2006 Motion of GlobalSantaFe Corporation, GlobalSantaFe Corporate Services, Inc. and Entities, Holdings, Inc. to Dismiss BEPCO, L.P.'s f/k/a Bass Enterprises Production Company, Motion for Modification of the Automatic Stay Under 11 U.S.C. § 362 |

| 51 | 101 | N/A | N/A | January 2, 2007 Debtors' Joinder to Motion to Dismiss Relief from Stay Motion Filed by BEPCO, L.P., f/k/a Bass Enterprises Production Company |
|----|-----|-----|-----|----|
| 52 | 102 | 49 | B-Exh. 147 | January 9, 2007 Order Regarding Discovery And Adjourning Evidentiary Hearing |
| 53 | 112 | 65 | B-Exh. 148 | January 16, 2007 Order Approving Confidentiality And Non-Disclosure Agreement, and Confidentiality And Non-Disclosure Agreement Attached As Exhibit "A" thereto |
| 54 | N/A | 67 | B-Exh. 187 | January 17, 2007 Fourth Scheduling Order With Respect to Pending Adversary Proceeding commenced by Debtor Santa Fe Minerals, Inc. and the Motions Filed by BEPCO, L P. f/k/a Bass Enterprises Production Company on September 29, 2006 |
| 55 | N/A | 77 | B-Exh. 188 | January 26, 2007 Order Regarding Discovery |
| 56 | 132 | N/A | B-Exh. 149 | January 30, 2007 Monthly Operating Report (December, 2006) (15375 Memorial Corporation) |
| 57 | N/A | 84 | B-Exh. 189 | February 8, 2007 Order Regarding Discovery And Related Issues |

| | | | | |
|---|---|---|---|---|
| 58 | 135 | N/A | B-Exh. 150 | February 12, 2007 Motion to Allow for an Order (I) Establishing Bar Dates for Filing Proofs of Claim; (II) Approving Proof of Claim Form; (III) Approving Bar Date Notice; (IV) Approving Mailing and Publication Procedures; And (V) Providing Certain Other Relief (15375 Memorial Corporation) |
| 59 | 139 | N/A | N/A | February 20, 2007 Limited Objection of BEPCO, L.P., f/k/a Bass Enterprises Production Company, to Debtors' Motion fo an Order (I) Establishing Bar Dates for Filing Proofs of Claim; (II) Approving Proof of Claim Form; (III) Approving Bar Date Notice; (IV) Approving Mailing and Publication Procedures; And (V) Providing Certain Other Relief |
| 60 | 146 | N/A | B-Exh. 151 | February 26, 2007 Order Granting Debtors' Motion For Extension Of Exclusive Periods To File Plans Of Reorganization And To Solicit Acceptances Of Plans Of Reorganization |
| 61 | 148 | N/A | B-Exh. 152 | February 27, 2007 Monthly Operating Report (January, 2007) (15375 Memorial Corporation) |
| 62 | 149 | N/A | B-Exh. 153 | February 27, 2007 Order (I) Establishing Bar Dates For Filing Proofs Of Claim, (II) Approving Proof Of Claim Form, (III) Approving Bar Date Notices, (IV) Approving Mailing And Publication Procedures, And (V) Providing Certain Other Relief |

| 63 | 152 | N/A | B-Exh. 154 | March 13, 2007 Second Motion for Extension of Exclusive Periods to File Plans of Reorganization and to Solicit Acceptances of Plans of Reorganization (15375 Memorial Corporation) |
| 64 | 159 | N/A | B-Exh. 155 | March 22, 2007 Monthly Operating Report (February, 2007) (15375 Memorial Corporation) |
| 65 | 161 | 99 | B-Exh. 232 | Transcript of Hearing held on March 21, 2007 |
| 66 | 174 | N/A | N/A | April 16, 2007 Amended Schedule F – Creditors Holding Unsecured Nonpriority Claims (15375 Memorial Corporation) |
| 67 | 177 | N/A | N/A | April 17, 2007 Declaration Concerning Debtors' Amended Schedules (15375 Memorial Corporation) |
| 68 | 178 | N/A | N/A | April 18, 2007 Objection of BEPCO, L.P., f/k/a Bass Enterprises Production Company to Debtors' Second Motion for Extension of Exclusive Periods to File Plans of Reorganization and to Solicit Acceptances Thereof |
| 69 | 184 | N/A | B-Exh. 240 | April 25, 2007 Monthly Operating Report (March, 2007) (15375 Memorial Corporation) |

| 70 | 187 | N/A | B-Exh. 156 | April 25, 2007 Order (I) Determining That Proofs of Claim of BEPCO, L.P., f/k/a Bass Enterprises Production Company Need Not Attach Copy of Confidential Settlement Agreement In Tebow Litigation Or Disclose Confidential Terms Thereof, (II) Approving Confidentiality Protections And (III) Granting Related Relief |
| --- | --- | --- | --- | --- |
| 71 | 188 | N/A | B-Exh. 157 | April 25, 2007 Order Granting Debtors' Second Motion for Extension of Exclusive Periods to File Plans of Reorganization and to Solicit Acceptances of Plans of Reorganization |
| 72 | N/A | 102 | B-Exh. 190 | May 15, 2007 Scheduling Order (FIFTH) With Respect to Pending Adversary Proceeding Commenced by Debtor Santa Fe Minerals, Inc. and the Motions Filed by BEPCO, L.P. f/k/a Bass Enterprises Production Company on September 29, 2006 |
| 73 | 193 | N/A | B-Exh. 158 | May 22, 2007 Third Motion for Extension of Exclusive Periods to File Plans of Reorganization and to Solicit Acceptances of Plans of Reorganization (15375 Memorial Corporation) |
| 74 | 195 | N/A | B-Exh. 233 | Transcript of Hearing held on April 25, 2007 |

| 75 | 196 | N/A | N/A | May 31, 2007 Objection of BEPCO, L.P., f/k/a Bass Enterprises Production Company, to Debtors' Third Motion for Extension of Exclusive Periods to File Plans of Reorganization and to Solicit Acceptances of Plans of Reorganization |
|----|-----|-----|------|------|
| 76 | 198 | N/A | B-Exh. 159 | June 1, 2007 Monthly Operating Report (April, 2007) (15375 Memorial Corporation) |
| 77 | 201 | N/A | B-Exh. 160 | June 6, 2007 Order Granting Debtors' Motion for Extension of Exclusive Periods to File Plans of Reorganization and to Solicit Acceptances of Plans of Reorganization |
| 78 | 204 | N/A | B-Exh. 234 | Transcript of Hearing held on June 6, 2007 |
| 79 | 205 | N/A | B-Exh. 160A. | Monthly Operating Report (May 2007) (15375 Memorial Corporation) |
| 80 | N/A | 110 | N/A | July 3, 2007 Order (With Revisions) Approving Stipulation and Agreement Providing Continuance of Pending Litigation and Addressing Related Matters |
| 81 | 212 | N/A | B-Exh. 231A. | Transcript of Hearing held on February 27, 2007 |
| 82 | 217 | N/A | B-Exh. 160B. | Monthly Operating Report (June 2007) (15375 Memorial Corporation) |
| 83 | 221 | N/A | B-Exh. 160C. | Monthly Operating Report (July 2007) (15375 Memorial Corporation) |

| 84 | 222 | N/A | B-Exh. 160D. | Debtors' Joint Plan of Liquidation, filed August 28, 2007 |
|----|-----|-----|-----|-----|
| 85 | 225 | 115 | N/A | September 10, 2007 Proposed Final Pretrial Order With Respect To (I) Motion For Preliminary And Injunctive Relief (Adversary D.I. 3); (II) Bass Motion To Dismiss And For Other Relief (D.I. 21); And (III) Bass Motion For Modification Of The Automatic Stay |
| 86 | 233 | 123 | N/A | September 13, 2007 Pre-Trial Brief Of BEPCO, L.P. |
| 87 | 234 | 124 | N/A | September 13, 2007 Debtors' Pre-Trial Brief In Connection With Contested Matters Scheduled For Trial On September 17, 2007 |
| 88 | 235 | N/A | N/A | September 13, 2007 Supplemental Brief In Opposition To Motions Of BEPCO, L.P., f/k/a Bass Enterprises Production Company For Orders (I)(A) Dismissing Or Converting Cases To Chapter 7 Cases, Or (B) Appointing A Chapter 11 Trustee, Or (C) Appointing An Examiner, And (II) For Modification Of The Automatic Stay Under 11 U.S.C. § 362 |
| 89 | 239 | N/A | N/A | Transcript Of Hearing held on September 12, 2007 |
| 90 | 240 | 128 | N/A | September 17, 2007 Final Joint Pre-Trial Order With Respect To (I) Motion For Preliminary And Injunctive Relief (Adversary D.I. 3); (II) Bass Motion To Dismiss And For Other Relief (D.I. 21); And (III) Bass Motion For Modification Of The Automatic Stay |

| 91 | 243 | N/A | N/A | September 21, 2007 Debtors' Motion For Summary Judgment With Respect To Proofs Of Claim Filed By BEPCO, L.P. f/k/a Bass Enterprises Production Company |
| 92 | 249 | 137 | N/A | September 26, 2007 Post-Trial Order With Respect To Matters Tried On September 17-18, 2007 And With Respect To Other Pending Matters |
| 93 | 250 | 138 | N/A | Transcript Of Hearing held on September 17, 2007 |
| 94 | 251 | 139 | N/A | Transcript Of Hearing held on September 18, 2007 |
| 95 | 253 | N/A | N/A | October 9, 2007 Debtors' Fourth Motion For Extension Of Their Exclusive Periods Under 11 U.S.C. § 1121(d) |
| 96 | 256 | 141 | N/A | October 19, 2007 GlobalSantaFe Entities' Proposed Findings Of Fact And Conclusions Of Law With Respect To Those Matters Heard On September 17-18, 2007 |
| 97 | 257 | 142 | N/A | October 20, 2007 BEPCO, L.P., f/k/a Bass Enterprises Production Company's Post-Trial Brief |

| 98 | 259 | 140 | N/A | October 22, 2007 Proposed Findings Of Fact And Conclusions Of Law Submitted By Debtors In Connection With (I) Motion For Preliminary Injunctive Relief (Adversary D.I. 3); (II) Bass Motion To Dismiss And For Other Relief (D.I. 21); And (III) Bass Motion For Modification Of The Automatic Stay (D.I. 23) |
| 99 | 262 | N/A | N/A | October 22, 2007 Order Granting Debtors' Fourth Motion For Extension Of Their Exclusive Periods Under 11 U.S.C. § 1121(d) |
| 100 | 267 | 147 | N/A | November 2, 2007 Debtors' Post-Trial Brief Submitted In Connection With (I) Debtors' Motion For Preliminary Injunctive Relief (Adversary D.I. 3); (II) Bass Motion To Dismiss And For Other Relief (D.I. 21); And (III) Bass Motion For Modification Of The Automatic Stay (D.I. 23) |
| 101 | 268 | 148 | N/A | November 2, 2007 BEPCO, L.P., f/k/a Bass Enterprises Production Company's Reply To (I) Debtors' Proposed Findings Of Fact And Conclusions Of Law And (II) GSF Entities' Proposed Findings Of Fact And Conclusions Of Law |
| 102 | 269 | 149 | N/A | November 2, 2007 GlobalSantaFe Entities' Response To BEPCO, L.P., f/k/a Bass Enterprises Production Company's Post-Trial Brief |

| 103 | 272 | 152 | N/A | November 7, 2007 Notice Of Completion Of Post-Trial Submissions With Respect To Matters Tried On September 17-18, 2007; And, Debtors' Request For Argument |
| 104 | 291 | 164 | N/A | February 15, 2008 Findings Of Fact And Conclusions Of Law |
| 105 | 292 | 165 | N/A | February 15, 2008 Order Re: Findings Of Fact And Conclusions Of Law |
| 106 | 295 | N/A | N/A | February 25, 2008 Amended Scheduling Order |
| 107 | 296 | 169 | N/A | February 25, 2008 Debtors' Motion (I) Under Fed. R. Bankr. P. 7052, 9023 And 9024 For Clarification And/Or Reconsideration And/Or Amendment Of The Court's February 15, 2008, Findings Of Fact And Conclusions Of Law And Related Order; And (II) Under Fed. R. Bankr. P. 7062 And 8005, For Entry Of An Order Staying Effectiveness Of The Court's Findings Of Fact And Conclusions Of Law And Related Order Pending Resolution Of This Motion And/Or Any Related Appeal |

| | | | | |
|---|---|---|---|---|
| 108 | 297 | 170 | N/A | February 25, 2008 Joinder Of Debtors To Motion Of GlobalSantaFe Corporation, GlobalSantaFe Corporate Services, Inc. And Entities Holdings, Inc. For Joinder In Debtors' (I) Motion For Clarification And/Or Reconsideration Of The Court's February 15, 2008 Findings Of Fact And Conclusions Of Law And Related Order; And (II) Motion For Entry Of An Order Staying Effectiveness Of The Court's Findings Of Fact And Conclusions Of Law And Related Order Pending Resolution Or This Motion And/Or Any Related Appeal |
| 109 | 298 | 171 | N/A | February 25, 2008 Motion Of GlobalSantaFe Corporation, GlobalSantaFe Corporate Services, Inc., And Entities Holding, Inc. For Joinder In Debtors' Motion For Clarification And/Or Reconsideration Of The Court's February 15, 2008 Findings Of Fact And Conclusions Of Law And Related Order; And Motion For Entry Of An Order Staying Effectiveness Of The Court's Findings Of Fact And Conclusions Of Law And Related Order Pending Resolution Or This Motion And/Or Any Related Appeal |

| 110 | 299 | 172 | N/A | February 25, 2008 Motion Of BEPCO, L.P., f/k/a Bass Enterprises Production Company For Entry Of An Order (I) Granting Reconsideration, In Part, Of the Court's Opinion And Order, Each Dated February 15, 2008; (II) Upon Reconsideration, (A) Vacating That Portion Of The Opinion And Order Denying The BEPCO Dismissal Conversion Motion And (B) Amending The Opinion And Order To Grant The Relief Requested In the BEPCO Dismissal/Conversion Motion; And (III) Granting Related Relief |
|---|---|---|---|---|
| 111 | 303 | 175 | N/A | Letter To The Honorable Kevin Gross Dated March 7, 2008 |
| 112 | 304 | 176 | N/A | March 14, 2008 Objection Of BEPCO, L.P., f/k/a Bass Enterprises Production Company To Motions Of Debtors And GSF Entities For Clarification And/Or Reconsideration And/Or Amendment Of Court's Opinion And Order, Each Dated February 15, 2008 (Bankr. D.I. 291 & 292; Adv. D.I. 164 & 165), And For Stay Of Effectiveness Of Opinion And Order |

| 113 | 305 | 177 | N/A | March 14, 2008 Debtors' Response In Opposition To Motion Of BEPCO, L.P., f/k/a Bass Enterprises Production Company For Entry Of An Order (I) Granting Reconsideration, In Part, Of the Court's Opinion And Order, Each Dated February 15, 2008; (II) Upon Reconsideration, (A) Vacating That Portion Of The Opinion And Order Denying The BEPCO Dismissal Conversion Motion And (B) Amending The Opinion And Order To Grant The Relief Requested In the BEPCO Dismissal/Conversion Motion; And (III) Granting Related Relief |
|-----|-----|-----|-----|---|
| 114 | 306 | 178 | N/A | GSF Entities' Response To Motion Of BEPCO, L.P., f/k/a Bass Enterprises Production Company For Entry Of An Order (I) Granting Reconsideration, In Part, Of the Court's Opinion And Order, Each Dated February 15, 2008; (II) Upon Reconsideration, (A) Vacating That Portion Of The Opinion And Order Denying The BEPCO Dismissal Conversion Motion And (B) Amending The Opinion And Order To Grant The Relief Requested In the BEPCO Dismissal/Conversion Motion; And (III) Granting Related Relief |
| 115 | 308 | 180 | N/A | March 17, 2008 Letter Regarding Forum Issues |
| 116 | 309 | 181 | N/A | Letter To The Honorable Kevin Gross – Dated 3/17/08 |

| | | | | |
|---|---|---|---|---|
| 117 | 311 | 183 | N/A | March 20, 2008 Debtors' Reply To Objection Of BEPCO, L.P., f/k/a Bass Enterprises Production Company To Motion Of Debtors And GSF Entities For Clarification And/Or Reconsideration And/Or Amendment Of Court's Opinion And Order, Each Dated February 15, 1008 (Bankr. D.I. 291 & 292; Adv. D.I. 164 & 165), And For Stay Of Effectiveness Of Opinion And Order |
| 118 | 312 | 184 | N/A | March 20, 2008 Reply In Support Of Motion Of GlobalSantaFe Corporation, GlobalSantaFe Services, Inc. And Entities Holding, Inc. For Joinder In Debtors' Motion For Clarification And/Or Reconsideration Of the Court's February 15, 2008 Findings Of Fact And Conclusions Of Law And Related Order; And Motion For Entry Of An Order Staying Effectiveness Of The Court's Findings Of Fact And Conclusions Of Law And Related Order Pending Resolution Of This Motion And/Or Any Related Appeal |

| 119 | 313 | 185 | N/A | March 20, 2008 Reply In Further Support Of Motion Of BEPCO, L.P., f/k/a Bass Enterprises Production Company For Entry Of An Order (I) Granting Reconsideration, In Part, Of the Court's Opinion And Order, Each Dated February 15, 2008; (II) Upon Reconsideration, (A) Vacating That Portion Of The Opinion And Order Denying The BEPCO Dismissal Conversion Motion And (B) Amending The Opinion And Order To Grant The Relief Requested In the BEPCO Dismissal/Conversion Motion; And (III) Granting Related Relief |
|---|---|---|---|---|
| 120 | 315 | 187 | N/A | March 24, 2008 Letter Regarding Litigation |
| 121 | 319 | 190 | N/A | March 28, 2008 Letter To The Honorable Kevin Gross |
| 122 | 321 | 191 | N/A | April 3, 2008 Letter Response To Debtors' March 28, 2008 Letter |
| 123 | 323 | 193 | N/A | April 16, 2008 Memorandum Opinion On Reargument |
| 124 | 324 | 194 | N/A | April 16, 2008 Order Re: Memorandum Opinion On Reargument |
| 125 | 326 | 196 | N/A | April 21, 2008 Order Re: Debtors' Motion To Stay Pending Appeal And Joinder By GSF Entities |
| 126 | 329 | 197 | N/A | April 28, 2008 Notice Of Appeal Re: Bankr. D.I. 291, 292 & Adv. D.I. 164, 165 |
| 127 | 330 | 198 | N/A | April 28, 2008 Notice Of Appeal Re: Bankr. D.I. 323, 324 & Adv. D.I. 193, 194 |

| 128 | N/A | N/A | N/A | Docket Report from Case No. 06-10859 (KG) from August 16, 2006 through May 8, 2008 |
| 129 | N/A | N/A | N/A | Docket Report from Adv. Pro. No. 06-50822 (KG) from August 16, 2006 through May 8, 2008 |

**Bankruptcy Pleadings From Bankr. Case No. 06-10860**

| TAB NO. | D.I. NO. | TRIAL EXHIBIT NO. | DESCRIPTION OF PLEADING/EVIDENCE |
|---------|----------|-------------------|----------------------------------|
| 130 | 1 | B-Exh. 162 | August 16, 2006 Chapter 11 Voluntary Petition (Santa Fe Minerals, Inc.) |
| 131 | 6 | B-Exh. 163 | August 22, 2006 Combined List of Creditors Holding 20 Largest Unsecured Claims (Santa Fe Minerals, Inc.) |
| 132 | 19 | B-Exh. 164 | September 15, 2006 Schedules of Assets and Liabilities (Santa Fe Minerals, Inc.) |
| 133 | 19 | B-Exh. 165 | September 15, 2006 Statements of Financial Affairs (Santa Fe Minerals, Inc.) |
| 134 | 21 | B-Exh. 166 | October 4, 2006 Initial Monthly Operating Report (Santa Fe Minerals, Inc.) |
| 135 | 22 | B-Exh. 167 | October 9, 2006 Amended Schedule F – Creditors Holding Unsecured Nonpriority Claims (Santa Fe Minerals, Inc.) |

| | | | |
|---|---|---|---|
| 136 | 24 | B-Exh. 168 | October 9, 2006 Amended Schedule B – Personal Property (Santa Fe Minerals, Inc.) |
| 137 | 25 | B-Exh. 169 | October 17, 2006 Monthly Operating Report (August, 2006) (Santa Fe Minerals, Inc.) |
| 138 | 26 | B-Exh. 170 | October 18, 2006 Monthly Operating Report (September, 2006) (Santa Fe Minerals, Inc.) |
| 139 | 27 | B-Exh. 171 | November 30, 2006 Monthly Operating Report (October, 2006) (Santa Fe Minerals, Inc.) |
| 140 | 28 | B-Exh. 172 | December 19, 2006 Monthly Operating Report (November, 2006) (Santa Fe Minerals, Inc.) |
| 141 | 30 | B-Exh. 173 | January 30, 2007 Monthly Operating Report (December, 2006) (Santa Fe Minerals, Inc.) |
| 142 | 31 | B-Exh. 174 | February 27, 2007 Monthly Operating Report (January, 2007) (Santa Fe Minerals, Inc.) |
| 143 | 32 | B-Exh. 175 | March 22, 2007 Monthly Operating Report (February 2007, 2006) (Santa Fe Minerals, Inc.) |
| 144 | 34 | B-Exh. 176 | April 25, 2007 Monthly Operating Report (March, 2007) (Santa Fe Minerals, Inc.) |
| 145 | 35 | B-Exh. 177 | June 1, 2007 Monthly Operating Report (April, 2007) (Santa Fe Minerals, Inc.) |
| 146 | 36 | B-Exh. 177A. | Monthly Operating Report (May 2007) (Santa Fe Minerals, Inc.) |
| 147 | 37 | B-Exh. 177B. | Monthly Operating Report (June 2007) (Santa Fe Minerals, Inc.) |

| 148 | 38 | B-Exh. 177C. | Monthly Operating Report (July 2007) (Santa Fe Minerals, Inc.) |
| 149 | N/A | N/A | Docket Report from Case No. 06-10860 (KG) from August 16, 2006 through May 8, 2008 |

## Various Bankruptcy Documents

| TAB NO. | TRIAL EXHIBIT NO. | DESCRIPTION OF PLEADING/EVIDENCE |
| --- | --- | --- |
| 150 | B-Exh. 208 | October 4, 2006 Proof of Claim filed by Harris County/City of Houston (Claim No. 1) |
| 151 | B-Exh. 209 | October 4, 2006 Proof of Claim filed by City of South Houston (Claim No. 2) |
| 152 | B-Exh. 210 | October 4, 2006 Proof of Claim filed by North Forest ISD (Claim No. 3) |
| 153 | B-Exh. 211 | October 4, 2006 Proof of Claim filed by Liberty County (Claim No. 4) |
| 154 | B-Exh. 212 | October 4, 2006 Proof of Claim filed by Cypress-Fairbanks ISD (Claim No. 5) |
| 155 | B-Exh. 213 | October 4, 2006 Proof of Claim filed by Katy ISD (Claim No. 6) |
| 156 | B-Exh. 214 | April 5, 2007 Proof of Claim filed by Michael Pisani & Associates (Claim No. 7) |
| 157 | B-Exh. 215 | April 6, 2007 Proof of Claim filed by Estate of Michael Toria (Claim No. 8) |
| 158 | B-Exh. 216 | April 13, 2007 Proof of Claim filed by Kean Miller Law Firm (Claim No. 9) |
| 159 | B-Exh. 217 | April 16, 2007 Proof of Claim filed by GlobalSantaFe Corporation (Claim No. 10) |

| 160 | B-Exh. 218 | April 16, 2007 Proof of Claim filed by GlobalSantaFe Corporation (Claim No. 11) |
| 161 | B-Exh. 219 | April 16, 2007 Proof of Claim filed by Entities Holding Inc (Claim No. 12) |
| 162 | B-Exh. 220 | April 16, 2007 Proof of Claim filed by Entities Holding Inc (Claim No. 13) |
| 163 | B-Exh. 221 | April 16, 2007 Proof of Claim filed by GlobalSantaFe Corporation (Claim No. 14) |
| 164 | B-Exh. 222 | April 16, 2007 Proof of Claim filed by GlobalSantaFe Corporation (Claim No. 15) |
| 165 | B-Exh. 223 | April 6, 2007 Proof of Claim filed by Estate of Wayne Sinz (Claim No. 16) |
| 166 | B-Exh. 224 | April 12, 2007 Proof of Claim filed by Noble Energy Inc (Claim No. 17) |
| 167 | B-Exh. 225 | April 27, 2007 Proof of Claim filed by BEPCO LP/Bass Enterprises Production Co. (Claim No. 18) |
| 168 | B-Exh. 226 | April 27, 2007 Proof of Claim filed by BEPCO LP/Bass Enterprises Production Co. (Claim No. 19) |
| 169 | B-Exh. 227 | As of June 22, 2007 Consolidated Claims Register related to Case No. 06-10859 (KG) (Covers both 15375 Memorial Corporation and Santa Fe Minerals, Inc.) |
| 170 | B-Exh. 228 | Transcript of 341(a) Meeting held on September 21, 2006 |
| 171 | B-Exh. 235 | January 1, 2002 Master Intercompany Labor and Services Agreement executed by GlobalSantaFe Corporate Services, Inc. and Contracting Parties (and Appendix A thereto) |
| 172 | B-Exh. 236 | January 1, 2006 Amendment to Master Intercompany Services Agreement (and Appendix A thereto) |

| 173 | B-Exh. 237 | November 10, 2006 E-Mail from Honorable Kevin Gross to Parties |
| 174 | -- | Transcript of Hearing held December 19, 2006 |
| 175 | -- | Transcript of Hearing held March 25, 2008 |
| 176 | -- | Transcript of Hearing held April 18, 2008 |

## **Additional Trial Exhibits**

| TAB NO. | TRIAL EXHIBIT NO. | DESCRIPTION OF PLEADING/EVIDENCE |
| --- | --- | --- |
| 177 | B-Exh. 14 | April 18, 2005 Tebow v Bradex Oil, et al. Petition for Damages |
| 178 | B-Exh. 15 | July 1, 2005 First Supplemental Petition for Damages |
| 179 | B-Exh. 16 | November 17, 2005 Tebow v. Bradex Case Management Order |
| 180 | B-Exh. 17 | December 19, 2005 Second Supplemental and Amending Petition for Damages with Order |
| 181 | B-Exh. 18 | February 3, 2006 Santa Fe's Exceptions, Answers, and Affirmative Defenses to Plaintiffs' Petition for Damages and Plaintiffs' First and Second Supplemental and Amending Petitions for Damages |
| 182 | B-Exh. 25 | May 19, 2006 Third Supplemental and Amending Petition for damages |
| 183 | B-Exh. 38 | August 17, 2006 Santa Fe's Suggestion of Bankruptcy |

| 184 | B-Exh. 39 | August 16, 2006 Motion & Order to Dismiss Santa Fe |
|-----|-----------|-----------------------------------------------------|
| 185 | B-Exh. 40 | August 22, 2006 Bass Enterprises Production Company's Exceptions and Answer and Third-Party Petition |
| 186 | B-Exh. 41 | August 23, 2006 Opposition and Objection to Order Granting Leave to File Third Party Demand and Order Striking the Third-Party Petition Bass Enterprises Production Co. |
| 187 | B-Exh. 42 | August 25, 2006 Motion to Reinstate Third Party Demand Filed by Bass Enterprises Production Co. and Alternatively, For Leave to File Third Party Demand and To Upset Trial Date |
| 188 | B-Exh. 43 | August 30, 2006 Correspondence from Stevens & Lee (counsel for Santa Fe Minerals and Memorial) concerning Bass' Third Party Petition and possible violation of Bankruptcy court's automatic stay |
| 189 | B-Exh. 45 | September 22, 2006 Tebow v. Bradex Case Management Order |
| 190 | B-Exh. 46 | October 19, 2006 Letter from Bass's Counsel to Judge Bennett regarding Bankruptcy Court |
| 191 | B-Exh. 47 | October 20, 2006 Excerpt from Transcript of State Court Hearing regarding Bankruptcy Court, pp.1-8, 12 |
| 192 | B-Exh. 50 | Effective February 26, 2007 Settlement Agreement |
| 193 | B-Exh. 51 | Correspondence May 2, 2007 Notice of Release and Assignment with attached correspondence and recording page 01586 – 01595<br><br>Release Signed March 26, 2007<br><br>(a)    Joint Motion to Dismiss with Prejudice 01596 – 01597<br><br>(b)    Judgment – March 30, 2007 – 01598 |

| 194 | B-Exh. 52 | Various Dates: Civil Case Ledger Report for Tebow v. Bradex Case |
| 195 | B-Exh. 53 | March 30, 2007 Evidence of Wire Transfer of Settlement Funds to Tebow Plaintiffs by BEPCO, LP (f/k/a Bass Enterprises Production Co.) |
| 196 | B-Exh. 66 | March 7, 2006 SEC filing, form 10-K, GlobalSantaFe Corp – GSF for period ending Dec. 31, 2005 (Annual Report) |
| 197 | B-Exh. 67 | February 28, 2007 SEC filing, form 10-K, GlobalSantaFe Corp – GSF for period ending Dec. 31, 2006 (Annual Report) |
| 198 | B-Exh. 73 | August 4, 2006 10-Q of GlobalSantaFe Corporation<br><br>Quarter ending on June 20, 2006 |
| 199 | B-Exh. 78 | November 1, 1973 – 76 The Home Ins. Co, Policy # HEC4495291/CGL & Excess |
| 200 | B-Exh. 79 | July 1, 1974 – 77 Stonewall Ins. Co., Policy # 12662/CGL |
| 201 | B-Exh. 80 | July 1, 1975 – 76 USF&G Policy # 80-78991/CGL & Excess |
| 202 | B-Exh. 81 | December 1, 1976 – 79 Granite State, Policy # 80-88771/CGL |
| 203 | B-Exh. 82 | July 1, 1975 – June 30, 1976 London Market Policy No. WSLT 75-017 |
| 204 | B-Exh. 83 | July 1, 1976 – July 1, 1977 London Market Policy No. JHB-CJP-318, |
| 205 | B-Exh. 84 | London Market Policy No. JHB-CJB-331, July 1, 1977-July 1, 1978 |
| 206 | B-Exh. 85 | London Market Policy No. JHB-CJB-353, July 1, 1978-July 1, 1979 |
| 207 | B-Exh. 86 | London Market Policy No. JHB-CJB-373, July 1, 1979-July 1, 1980 |

| 208 | B-Exh. 87 | London Market Policy No. JHB-CJP-391, July 1, 1980-July 1, 1981 |
| 209 | B-Exh. 88 | London Market Policy No. JHB-CJP-403, July 1, 1981-July 1, 1982 |
| 210 | B-Exh. 89 | London Market Policy No. JHB-CJP-421, July 1, 1982-July 1, 1983 |
| 211 | B-Exh. 90 | London Market Policy No. JHB-CJB-430, July 1, 1983-July 1, 1986 |
| 212 | B-Exh. 91 | London Market Policy No. JHB-CJB-441, July 1, 1984-July 1, 1985 |
| 213 | B-Exh. 92 | London Market Policy No. JHB-CJP-456, June 1, 1986-June 1, 1988 |
| 214 | B-Exh. 93 | London Market Policy No. JHB-CJP-484(C), June 1, 1986-June 1, 1987 |
| 215 | B-Exh. 94 | London Market Policy No. JHB-CJP-501(C), June 1, 1987-June 1, 1988 |
| 216 | B-Exh. 95 | London Market Policy No. JHB-CJP-547(C), June 1, 1988-June 1, 1989 |
| 217 | B-Exh. 96 | London Market Policy No. JHB-CJP-598(C), June 1, 1989-June 1, 1991 |
| 218 | B-Exh. 97 | July 18, 2006 Letter from Cyndi Featherston to AON Risk Services regarding Tebow litigation and asking that AON put all underwriters on notice; attached chart listing insurance companies, including Lloyds, National Union Fire, Stonewall, Highlands, Granite State, AETNA |

| | | |
|---|---|---|
| 219 | B-Exh. 98 | July 18, 2006 Letters from Cyndi Featherston to following insurance companies with notice of Tebow Claim: St Pal Travelers, Stonewall Insurance, Federal Insurance Co (Chubb Group), Twin City Fire Insurance, Highlands Insurance Co., National Union Fire Insurance Co., |
| 220 | B-Exh. 99 | July 18, 2006 Letters from Cyndi Featherston to Burnett & Co. and McGriff, Seibels & Williams |
| 221 | B-Exh. 100 | August 2, 2006 Letter from The Hartford to Cyndi Featherston |
| 222 | B-Exh. 101 | August 3, 2006 Letter from Burnett & Co. to Cyndi Featherston |
| 223 | B-Exh. 102 | August 8, 2006 Letter to Cyndi Featherston from Chubb Group of Insurance companies, advising that it would share defense costs with other insurance companies on a pro rata basis, subject to a reservation of rights |
| 224 | B-Exh. 103 | August 21, 2006 Letter to Cyndi Featherston from AIG, advising that claim has been assigned to environmental claim examiner Fabio LoMagno |
| 225 | B-Exh. 104 | August 24, 2006 Letter from Cyndi Featherston to Stonewall Insurance regarding Tebow Claim |
| 226 | B-Exh. 105 | September 27, 2006 Letter to Cyndi Featherston from AIG Domestic Claims, Inc., advising that it would provide a defense from the date of notice and reserving the right to recoup costs if investigation revealed a basis to do so |
| 227 | B-Exh. 106 | October 6, 2006 Letter to Cyndi Featherston from The Hartford, asking for information on all GlobalSantaFe companies |
| 228 | B-Exh. 107 | Various Date:  Email exchange between from (Renee Glidewell) and Cyndi Featherston regarding insurance carriers for Santa Fe International with attached spread sheet of insurance underwrites including LLoyds |

| 229 | B-Exh. 108 | October 9, 2006 Letter to Cyndi Featherston from AON regarding notice of Tebow claim sent to insurance carriers, with attached letters to carriers, including Old Republic, London Market, AIG, Stonewall, Highlands, AETNA/ St Paul Travelers. New Hampshire, The Home, |
|---|---|---|
| 230 | B-Exh. 109 | October 27, 2006 Letter to Cyndi Featherston from Highlands (in receivership) |
| 231 | B-Exh. 110 | January 8, 2007 Letter from Cyndi Featherston to insurance carriers with attached information on corporate history of Santa Fe (from Andover through dissolution) |
| 232 | B-Exh. 111 | January 22, 2007 Email to Cyndi Featherston from McGriff (broker) with comments from London Market |
| 233 | B-Exh. 112 | February 22, 2007 POC filed in Highlands Liquidation |
| 234 | B-Exh. 113 | May 4, 2007 Letter from Cyndi Featherston to AIG Domestic Claims, Inc. regarding Tebow Litigation |
| 235 | B-Exh. 114 | May 4, 2007 Letter from Cyndi Featherstone to Chubb Group of Insurance Companies regarding Tebow Litigation |
| 236 | B-Exh. 115 | May 30, 2007 Letter from Cyndi Featherston to AON Risk Services regarding Tebow Litigation |
| 237 | B-Exh. 116 | Various Dates:  Letters from Cyndi Featherstone to various insurance companies regarding Sinz and Troia Cases |
| 238 | B-Exh. 116A. | May 30, 2007 Letter from Cyndi Featherston to Renee Glidwell at AON with attached insurance information |
| 239 | B-Exh. 116B. | Various letters from Cyndi Featherston of Santa Fe and replies of insurance carriers regarding Sinz and Troia Claims |

| 240 | B-Exh. 117 | April 2, 2007 Settlement Agreement and Release in Ellison Case (p. 58 of Agreement shows release of Santa Fe Entities) |
| 241 | B-Exh. 241. | Roster of Directors and Officers of 15375 Memorial Corporation |
| 242 | D-Exh. 74 | Demonstrative Exhibit re: Results of Insurance Review/Summary of Documents Produced to Bass |

Dated: Wilmington, Delaware
     May 8, 2008

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Gregory W. Werkheiser (No. 3553)
Kelly M. Dawson (No. 4786)
1201 Market Street
P. O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 351-9229
Fax: (302) 658-3989

-and-

CARVER DARDEN KORETZKY TESSIER FINN
BLOSSMANN & AREAUX, L.L.C.
M. Hampton Carver (LA #4546)
Leann Opotowsky Moses (LA #19439)
1100 Poydras Street, Suite 2700
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801

Co-Counsel for BEPCO, L.P., formerly known
as Bass Enterprises Production Company

2310747.6